No. 81–6544. TATUM *v.* NATIONAL BANK OF COMMERCE, LINCOLN, NEBRASKA. C. A. 8th Cir. Certiorari denied.

No. 81–6565. KOPACK ET AL. *v.* NATIONAL LABOR RELATIONS BOARD ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–6577. ROMIEH *v.* REAGAN, PRESIDENT OF THE UNITED STATES, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 81–6599. MONTGOMERY *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 81–6601. GREEN *v.* WARDEN, U. S. PENITENTIARY, TERRE HAUTE, INDIANA, ET AL. C. A. 7th Cir. Certiorari denied.

No. 81–6605. TOMBRELLO ET AL. *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–6610. SCOTT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 81–6613. GONZALEZ-HERNANDEZ *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 81–1460. TEJEDA-MATA *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 9th Cir. Certiorari denied. JUSTICE O'CONNOR would grant certiorari.

No. 81–1497. CHEVERES *v.* SUPERIOR COURT OF CALIFORNIA, VENTURA COUNTY (MILLER, REAL PARTY IN INTEREST). Ct. App. Cal., 2d App. Dist. Motion of respondent Glenda Cheveres Miller for leave to proceed *in forma pauperis* granted. Certiorari denied.